Stephen A. McCartin (TX 13374700)
Stephen A. Jones (TX 24101270)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile:  (214) 999-4667
smccartin@foley.com

**COUNSEL TO DEBTOR**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **PINNACLE HEALTH FACILITIES XV, LP,** | § § § | **Case No.: 21-41343-mxm7** |
| | § | |
| **Debtor.** | § | |

## DEBTOR'S MOTION FOR THE WITHDRAWAL OF CERTAIN PROFESSIONALS AS COUNSEL

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643, WITHIN 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Pinnacle Health Facilities XV, LP, the debtor (the "**Debtor**") in the above-captioned bankruptcy case through its counsel, Foley & Lardner LLP ("**Foley**") hereby files this *Debtor's Motion for the Withdrawal of Certain Professionals as Counsel* (the "**Motion**"), and in support thereof respectfully states as follow:

## JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C § 157(b). Venue is proper before this Court pursuant to 28 U.S.C §§ 1408 and 1409.

2. The statutory and other bases for the relief requested in this Motion is Rule 2019-1 of the Local Rules for the Northern District of Texas (the "**Local Rules**").

## REQUEST TO WITHDRAW AS COUNSEL

3. On April 8, 2021, a *Voluntary Petition* was filed by Melina N. Bales, commencing the above-captioned proceeding. This filing triggered Melina N. Bales of Foley & Lardner LLP as representing the Debtor. Melina N. Bales has also filed several other pleadings on behalf of the Debtor.

4. Effective, June 18, 2021, Melina N. Bales is no longer employed by Foley & Lardner LLP. Notwithstanding the foregoing, Foley & Lardner LLP continues to represent the interests of the Debtor.

5. Accordingly, the Debtor respectfully request entry of an Order permitting Melina N. Bales to withdraw as counsel for the Debtor, and concurrently that Melina N. Bales be removed from any applicable notice and service lists, including the Court's CM/ECF electronic notification list. This request is not made for purposes of delay.

WHEREFORE, Debtor respectfully request that the Court grant this Motion, approve the withdrawal of Melina N. Bales as set forth herein, and grant any other relief to which it may be entitled.

*[Signature page to follow]*

DATED: July 22, 2021    Respectfully submitted by:

*/s/ Stephen A. McCartin*
Stephen A. McCartin (TX 13374700)
Stephen A. Jones (TX 24101270)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
smccartin@foley.com
sajones@foley.com

**COUNSEL TO DEBTOR
PINNACLE HEALTH FACILITIES
XV, LP**

### CERTIFICATE OF SERVICE

I hereby certify that, on July 22, 2021, a true and correct copy of the foregoing document was served electronically by the Court's PACER system.

*/s/ Stephen A. Jones*
Stephen A. Jones